Argued and submitted April 29, affirmed June 1,
petition for review denied October 6, 2011 (351 Or 216)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

TREVOR W. FERRES,
*Defendant-Appellant.*

Marion County Circuit Court
08C49516; A142427

256 P3d 204

Peter Gartlan, Chief Defender, Office of Public Defense Services, argued the cause and filed the brief for appellant.

Jamie K. Contreras, Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and Mary H. Williams, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Edmonds, Senior Judge.

PER CURIAM

Affirmed. *State v. DeCamp*, 158 Or App 238, 973 P2d 922 (1999); *State v. Perry*, 140 Or App 18, 914 P2d 29 (1996).